UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EFRIAM DIAZ, *Plaintiff*, -against- THOMAS LAVALLEY, *et al*, *Defendants*. | **STIPULATION AND ORDER OF DISCONTINUANCE PURSUANT TO RULE 41(A)** 14-CV-1031 GTS/TWD |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, plaintiff, Efraim Diaz, appearing *pro se*, and Eric T. Schneiderman, Attorney General of the State of New York, Nicole Haimson, Assistant Attorney General, of counsel, appearing for defendants, parties to the above entitled-action, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff hereby discontinues this action with prejudice and without damages, costs, interest or attorneys fees.

Dated: Coxsackie, New York
Nov. 27th, 2015

_____
Efriam Diaz, 03-A-4207
Plaintiff *pro se*
Coxsackie Correctional Facility

Box 999
Coxsackie, NY 12051

Dated: Albany, New York
November 18, 2015

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for the Defendants
The Capitol
Albany, New York 12224-0341

By: /s/ Nicole Haimson
Nicole Haimson
Assistant Attorney General, of Counsel
Bar Roll No. 519339
Telephone: (518) 776-2257
Email: Nicole.Haimson@ag.ny.gov

Dated: Syracuse, New York
December 10, 2015

SO ORDERED:

/s/ Glenn T. Suddaby
HON. GLENN T. SUDDABY
UNITED STATES DISTRICT COURT JUDGE